**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **ED CV 21-1762-JFW(KKx)**          Date: **November 18, 2021**

Title:      Tasleema Yasin -v- Samiel Asghedom, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                        **None Present**
**Courtroom Deputy**                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                        None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE A NOTICE OF INTERESTED PARTIES AS REQUIRED BY LOCAL RULE 7.1-1**

On October 26, 2021, the clerk issued a Notice of Deficiencies noting that no Notice of Interested Parties had been filed. Counsel was warned that failure to file a Notice of Interested Parties immediately may result in judicial action, including sanctions.

To date, counsel has not filed a Notice of Interested Parties.

Plaintiff is ordered to show cause, in writing, no later than **November 24, 2021**, why sanctions should not be imposed against him for failure to address the Notice of Deficiencies and file a Notice of Interested Parties.

The Court will consider the filing of a Notice of Interested Parties on or before the above date as an appropriate response to this Order to Show Cause:

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__